IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER DECKER,<br><br>          Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, MARIO PEART, JEFF MILLER, TARN DAVIS, MARILYN ASHER, ED BEVAN, ED PRICE, TIM KRAMER, RANDY BARTELT, J. EPP, DIANE LYTLE, CHUCK GLENN, AND DAVID GRAUMANN,<br><br>          Defendants. | 4:15CV3113<br><br>MEMORANDUM AND ORDER |

    Before the court is Plaintiff's Motion to Compel that he filed on July 5, 2016. (Filing No. 33.) In his motion, Plaintiff sought an order from the court compelling discovery from Defendants. (Filing No. 33 at CM/ECF p. 2.)

    IT IS ORDERED THAT: Because an order setting the schedule for progression of this case was entered on December 28, 2016 (Filing No. 78), Plaintiff's Motion to Compel is denied as moot.

    Dated this 17th day of January, 2017.

                                           BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           Senior United States District Judge