IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER DECKER,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, MARIO PEART, JEFF MILLER, TARN DAVIS, MARILYN ASHER, ED BEVAN, ED PRICE, TIM KRAMER, RANDY BARTELT, J. EPP, DIANE LYTLE, CHUCK GLENN, and DAVID GRAUMANN,<br><br>Defendants. | 4:15CV3113<br><br>**AMENDED PROGRESSION ORDER** |

This matter is before the court on Defendants' Motion to Extend Progression Order Deadlines. ([Filing No. 90](#).) The motion is granted.

Accordingly,

IT IS THEREFORE ORDERED that:

1. Dispositive Motions. All dispositive motions shall be filed on or before **July 14, 2017**. The parties must comply with the provisions of NECivR [7.1](#) and NECivR [56.1](#) when filing summary judgment motions.

2. Pretrial Conference.

    a. Defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NECivR [16.2](#)(a)(2). The

    plaintiff will be responsible for cooperating in the preparation and signing of the final version of the Order. The Order should be submitted to the plaintiff and to any other parties by **September 14, 2017**. The plaintiff shall provide additions and/or proposed deletions to Defense counsel by **September 28, 2017**. Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court by no later than **October 12, 2017**. If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document. The Proposed Order on Final Pretrial Conference must be signed by all pro se parties and by counsel for all represented parties.

  b. The Final Pretrial Conference will be held before the Magistrate Judge on **October 19, 2017 at 10:00 a.m.** Prior to the pretrial conference, all items as directed in NECivR [16.2](#) and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

  c. If a plaintiff is held in an institution, the pretrial conference will be by telephone. In that case, Defense counsel shall contact the plaintiff's institution in advance and arrange to initiate and place the conference call.

3. The trial date will be set by the Magistrate Judge at the time of the Final Pretrial Conference.

4. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: Pretrial conference before Magistrate Judge Cheryl Zwart to be held on **October 19, 2017 at 10:00 a.m.**

Dated this 7th day of June, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge