IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER DECKER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, MARIO PEART, JEFF MILLER, TARN DAVIS, MARILYN ASHER, ED BEVAN, ED PRICE, TIM KRAMER, RANDY BARTELT, J. EPP, DIANE LYTLE, CHUCK GLENN, and DAVID GRAUMANN,<br><br>　　　　　　Defendants. | 4:15CV3113<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED that:

1. Plaintiff's renewed motion for appointment of counsel (Filing No. 95) is denied.

2. Plaintiff's Motion for Continuance (Filing No. 98) is granted. Plaintiff will have until **October 2, 2017**, file a response to Defendants' summary judgment motion that complies with NECivR 7.1(b) and NECivR 56.1(b).

3. The clerk's office is directed to set a pro se case management deadline using the following text: **October 2, 2017**: check for Plaintiff's response.

Dated this 3rd day of August, 2017.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　Senior United States District Judge